UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
☐ Eastern (Jackson)   DIVISION
☑ Western (Memphis) DIVISION

Janine Hudson

      Plaintiff,

vs.

Denis McDonough
Secretary of Veteran Affairs
      Defendant.

No. _____

## COMPLAINT

1. This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

   ☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
   *NOTE: In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

   ☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 – 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102 -166)
   *NOTE: In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

   ☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 – 12117 (amended by the ADA Amendments Acts of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 1102-166).
   *NOTE: In order to bring a suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

## JURISDICTION

2. Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under Tennessee law.

## PARTIES

3. Plaintiff resides at:

8664 Meadow Green Dr.
STREET ADDRESS

Shelby , TN , 38016 , (901)518-6997
County   State   Zip Code   Telephone Number

4. Defendant(s) resides at, or its business is located at:

_____
STREET ADDRESS

_____, _____, _____, _____.
County   City   State   Zip Code

NOTE: If more than one defendant, you must list the names, address of each additional defendant.

5. The address at which I sought employment or was employed by the defendant(s) is:

1030 Jefferson Ave.   Memphis, TN 38104

2

STREET ADDRESS

_Shelby_, _Memphis_, _TN_, _38104_
County     City     State     Zip Code

6. The discriminatory conduct of which I complain in this action includes *(check only those that apply)*

- ☐ Failure to hire
- ☐ Termination of my employment
- ☑ Failure to promote
- ☑ Failure to accommodate my disability
- ☐ Unequal terms and conditions of my employment
- ☑ Retaliation
- ☐ Other acts *(specify):* _failure to take action against hostile work environment._

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

7. It is my best recollection that the alleged discriminatory acts occurred on:
_November 2019 - August 2021_
Date(s)

8. I believe that the defendant(s) *(check one)*:

- ☐ is still committing these acts against me.
- ☑ is <u>not</u> still committing these acts against me.

9. Defendant(s) discriminated against me based on my:
*(check only those that apply and state the basis for the discrimination. For example, if religious discrimination is alleged, state your religion. If racial discrimination is alleged, state your race, etc.)*

3

- [ ] Race_____
- [ ] Color_____
- [✓] Gender/Sex  female_____
- [ ] Religion_____
- [ ] National Origin_____
- [✓] Disability  bipolar, anxiety, depression_____
- [ ] Age. If age is checked, answer the following:
  I was born in_____. At the time(s) defendant(s) discriminated against me.

I was [ ] more [ ] less than 40 years old. *(check one)*

**NOTE:** *Only those grounds raised in the charge filed the Equal Employment Opportunity Commission can be considered by the federal district court.*

10. The facts of my case are as follows:

From November 2019 - August 2021, I was subjected to a hostile work environment, including harassment and unprofessional conduct from my supervisor and upper management of business office. After several reports, I became subjected to retaliation from business service as well as HR. In August 2021, I was forced to medically retire after business office refuse to place me,

*(Attach additional sheets as necessary)*

**NOTE:** *As additional support for your claim, you may attach to this complaint a copy of the*

4

*charge filed with the Equal Employment Opportunity Commission or the Tennessee Human Rights Commission.*

11. It is my best recollection that I filed a charge with the Tennessee Human Rights Commission regarding defendant's alleged discriminatory conduct on:_____

12. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: 2/24/2020
   Date

**Only litigants alleging age discrimination must answer Question #13.**

13. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct. *(check one):*

    ☐ 60 days or more have elapsed

    ☐ Less than 60 days have elapsed.

14. The Equal Employment Opportunity Commission *(check one)*:

    ☐ has <u>not</u> issued a Right to Sue Letter.

    ☑ <u>has</u> issued a Right to Sue letter, which I **received** on 6_____.
    Date

*NOTE:* *This is the date you <u>received</u> the Right to Sue letter, not the date the Equal Employment Opportunity Commission issued the Right to Sue letter.*

15. Attach a copy of the Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.

*NOTE: You must attach a copy of the right to sue letter from the Equal Employment Opportunity Commission.*

16. I would like to have my case tried by a jury:

    ☐ Yes

    ☑ No

5

**WHEREFORE,** plaintiff prays that the Court grant the following relief:

☐ direct that the Defendant employ Plaintiff, or

☐ direct that Defendant re-employ Plaintiff, or

☐ direct that Defendant promote Plaintiff, or

☐ order other equitable or injunctive relief as follows:_____

☑ direct that Defendant pay Plaintiff back pay in the amount of $56,826 and interest on back pay;

☑ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: $100,000; mental stress, financial and physical stress, health care visits and cost. Financial issues creating loss of home.

_____
SIGNATURE OF PLAINTIFF

Date: 9/10/21

8664 Meadow Green Dr.
Address

Cordova, TN 38016

(901) 518-6997
Phone Number

6